IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-01-2 |
| | § | |
| SAVANNAH WILLIAMS | § | |

**O R D E R**

Defendant Savannah Williams filed an unopposed motion for continuance, (Docket Entry No. 54). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The jury selection will be held on **March 28, 2013 at 9:00 a.m.** The trial will begin with opening statements and testimony on **April 1, 2013, at 12:00 p.m.**

SIGNED on February 26, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge